HUDSON *v.* ALFORD.

COBB, J. 1. "Full payment of the fi. fa. founded on the judgment sought to be reversed, pending a writ of error, it not appearing that any supersedeas was sued out, is no cause for dismissing the writ of error, inasmuch as the defendant below (the plaintiff in error here) would be entitled to recover the money back in case the judgment should be reversed." *R. & D. Railroad Co.* v. *Buice,* 88 *Ga.* 180.

2. The evidence, though conflicting, was sufficient to authorize the verdict, and there was no error requiring the granting of a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted July 27,—Decided August 14, 1903.

Complaint.    Before Judge Foster.    Putnam superior court. September 19, 1902.

*W. T. Davidson*, for plaintiff in error.    *J. S. Turner*, contra.